**MEMORANDUM ENDORSED**



## OFFICE OF THE DISTRICT ATTORNEY, Bronx County

---

**ROBERT T. JOHNSON**  198 East 161st Street  (718) 590-2078
*District Attorney*  Bronx, New York 10451  Fax 590-6523

July 28, 2008

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 7/30/08

    Re:    David Castillo v. Superintendent Robert Ercole,
            (Docket No.: 07 Civ. 11256 (LAP) (GWG)

Dear Judge Gorenstein:

    As you know, the petitioner has filed a petition for a writ of habeas corpus, to which the People have been Ordered to respond by, Monday, August 4, 2008.

    I write to request an additional ninety-days to respond. I was assigned this case on or about June 12, 2008. From June 16 to June 30, 2008, I was a full-time participant in this Office's Felony Trial Training Program. I also vacationed from July 12 to July 19, 2008. Aside from the aforementioned dates, when I was unavailable to work on this matter, my time has was spent working on a four-point appellate brief in People v. Jisun Allah (Indictment No. 95050/2005), and another two-point brief in People v. Seth Richie (Indictment No. 39431C/2005), both of which must filed at the Appellate Division, First Department by August 6, 2008. Additionally, I am taking another vacation some time in August. Accordingly, due to my current workload and vacation schedule, I am unable to complete my response by the current due date. Accordingly, I respectfully request an extension of time, until Monday, November 3, 2008.

*[Handwritten endorsement:]* Granted. Any response within 30 days thereafter. No further extension absent formal motion.

SO ORDERED  DATE: 7/30/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

The Honorable Gabriel W. Gorenstein         -2-                              July 28, 2008

      This is respondent's first request for an extension of time. If the Court has any questions or concerns, please contact me at (718) 590-2078. Thank you for the Court's consideration.

Respectfully,

*Jason S. Whitehead*
Jason S. Whitehead
Assistant District Attorney
Appeals Bureau

cc:    David Castillo
        96-A-8121
        Green Haven Correctional Facility
        P.O. Box 4000
        Stormville, NY 12582

        Defendant pro se